**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-21113-KMM-MFE

ROBERT GULLEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

EETHO BRANDS INC, d/b/a DOSE,

Defendant.
_______________________________________/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Robert Gulley respectfully submits this Notice of Supplemental Authority in further support of his Opposition to Defendant's Motion to Dismiss (ECF No. 22). Plaintiff respectfully directs the Court's attention to the Order entered on August 11, 2026, by the Hon. William F. Jung, U.S.D.J., in *Crespi, et al. v Baycare Health System, Inc.*, No. 8:25-CV-2245-WFJ-NHA, 2026 WL 2321651 (M.D. Fla. Aug. 11, 2026).[1] *Crespi* involves substantially similar claims as the case at bar and addressed claims under the Florida Security of Communications Act ("FSCA"), Fla. Stat. § 934.01, and the federal Wiretap Act, 18 U.S.C. § 2510, et seq. *Crespi* addressed whether the FSCA applies to software-based tracking technologies such as those at issue here, and addressed an application of the crime-tort exception to the Wiretap Act's one-party consent exception.

[1] A true and accurate copy of the August 11, 2026, Order in *Crespi* is attached hereto as **Exhibit A**.

Dated: August 14, 2026

Respectfully submitted,

By: _/s/ Tonyia J. Johnson_
Tonyia J. Johnson
Florida Bar No. 1058251
**SHAMIS & GENTILE, P.A.**
14 Ne 1st Avenue, Suite 705
Telephone: (305) 479-2299
Email: tjohnson@shamisgentile.com

Mark S. Reich*
Email: mreich@zlk.com
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

*admitted *pro hac vice*

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Tonyia J. Johnson*
Tonyia J. Johnson