UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:26-cv-21113-KMM-MFE

ROBERT GULLEY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

EETHO BRANDS INC, d/b/a DOSE,

Defendant.
__________________________________________/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Eetho Brands Inc. d/b/a Dose ("Dose" or "Defendant") respectfully submits this response to the Notice of Supplemental Authority (*see* ECF No. 24) (the "Authority") filed by Plaintiff Robert Gulley ("Plaintiff").

First, the Notice fails to comply with LR 7.8. Additionally, the Authority underscores why Defendant's Motion to Dismiss should be granted because, unlike the present facts, the Authority involved allegations that the defendant violated HIPAA by sharing sensitive personal health information with third parties. That allegation supported application of the Federal Wiretap Act's crime-tort exception, but no such allegation is made here. Moreover, the court in the Authority was not asked to consider the crime-tort exception's applicability to allegations that commercial gain is sufficient to invoke the crime-tort exception. Lastly, contrary to Plaintiff's assertion in the Notice, two issues raised by Defendant's Motion were neither presented to nor addressed by the Authority: (1) whether the Florida Security of Communications Act ("FSCA") applies to software-based tracking

technologies such as those at issue here ; and (2) whether a FSCA claim can survive despite a plaintiff's admissions that the subject communication(s) originated outside of Florida.

For at least the foregoing reasons, the Authority should be disregarded.

Dated: August 21, 2026

**KLEIN MOYNIHAN TURCO LLP**

*Attorneys for Eetho Brands Inc. d/b/a Dose*

By: /s/ Neil E. Asnen
Neil E. Asnen (admitted *pro hac vice*)
450 Seventh Avenue, 40th Floor
New York, NY 10123
T: (212) 246 – 0900
nasnen@kleinmoynihan.com

-and-

**SONN LAW GROUP PA**

Jeffrey R. Sonn
Bar ID #: 773514
jsonn@sonnlaw.com
19495 Biscayne Blvd Ste 607
Aventura, FL 33180
(305) 912-3000

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on the 21st Day of August, 2026.

/s/ *Jeffrey R. Sonn*
Jeffrey R. Sonn